472 A.2d 241

In re Roberts.

Appeal of Dolly Irene Roberts.

Argued September 28, 1983. Richard J. Bedford, for appellant; Alexander Ogle, for appellee.

Before BROSKY, McEWEN and BECK, JJ.

The order of the learned Somerset County Common Pleas Court Judge Norman A. Shaulis is affirmed.